1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States




FILED

SEP 1 5 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CV-02398-WBS-JFM |
| Plaintiff, | **ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |
| v. | |
| APPROXIMATELY $37,280.00 IN U.S. CURRENCY, | |
| Defendant. | |

WHEREAS, a Verified Complaint for Forfeiture In Rem has been filed on September 12, 2011, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately $37,280.00 in U.S. Currency (hereafter "defendant currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 et seq.;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture In Rem and the affidavit of United States Department of Homeland Security, Homeland Security Investigations Special Agent Ross Godwin, there is probable cause to believe that the defendant currency so described constitutes

1                                        Order Re Clerk's Issuance
                                         of Warrant for Arrest

property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles In Rem exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

    IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles In Rem for the defendant currency.

Dated: 9-14-11

CRAIG M. KELLISON
United States Magistrate Judge