BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CV-02398-WBS-JFM |
| Plaintiff, | FINAL JUDGMENT OF FORFEITURE |
| v. | |
| APPROXIMATELY $37,280.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against Approximately $37,280.00 in U.S. Currency (hereafter "defendant currency").

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on September 12, 2011, alleging that said defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

On September 15, 2011, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was duly executed on October 27, 2011.

1    4.   Beginning on October 12, 2011, the United States
2 published Notice of the Forfeiture Action on the official
3 internet government forfeiture site www.forfeiture.gov.  The
4 Notice will run for at least 30 consecutive days.
5    5.   In addition to the public notice on the official
6 internet government forfeiture site www.forfeiture.gov, actual
7 notice or attempted notice was given to the following
8 individuals:
9         a.   Rogelio Lopez-Cortez
10        b.   Eustolio Ochoa-Marfin
11   6.   Claimant Rogelio Lopez filed a claim alleging an
12 interest in the defendant currency on October 18, 2011.  No other
13 parties have filed claims or answers in this matter, and the time
14 for which any person or entity may file a claim and answer has
15 expired.
16   7.   The Clerk of the Court entered a Clerk's Certificate of
17 Entry of Default against Eustolio Ochoa-Marfin on November 4,
18 2011.  Pursuant to Local Rule 540, the United States and claimant
19 thus join in a request that as part of the Final Judgment of
20 Forfeiture in this case the Court enter a default judgment
21 against the interest, if any, of Eustolio Ochoa-Marfin without
22 further notice.
23      Based on the above findings, and the files and records of
24 the Court, it is hereby ORDERED AND ADJUDGED:
25   1.   The Court adopts the Stipulation for Final Judgment of
26 Forfeiture entered into by and between the parties to this
27 action.
28   2.   That judgment is hereby entered against claimant Rogelio

Lopez and all other potential claimants who have not filed claims in this action.

3. Upon entry of a Final Judgment of Forfeiture, $27,280.00 of the $37,280.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Upon entry of a Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $10,000.00 of the $37,280.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be returned to claimant Rogelio Lopez through his attorney Robert W. MacKenzie.

5. That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency, and for the commencement and prosecution of this forfeiture action. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

6. Claimant waived any and all claim or right to interest that may have accrued on the defendant currency being forfeited to the United States.

7. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on September 12,

2011, the Court finds that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

8. All parties are to bear their own costs and attorneys' fees.

9. The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 22nd day of November, 2011.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed September 12, 2011, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

DATED: November 22, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE